■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW HATTLEY, Appellant. [647 NYS2d 94] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered December 6, 1993, convicting him of murder in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

*People v Ventimiglia* (52 NY2d 350), requires that when the People wish to introduce evidence of a defendant's uncharged crimes, "a prosecutor who intends to adduce [such evidence] before the jury should first obtain a ruling from the Trial Judge by offering the testimony out of the presence of the jury"

(*People v Ventimiglia, supra,* at 356). "Whether some time prior to trial, just before the trial begins or just before the witness testifies will depend upon the circumstances of the particular case" (*supra,* at 362). On the facts of this case, the court's refusal to make an advance *Ventimiglia* ruling was a provident exercise of the court's discretion (*see, People v Randall,* 177 AD2d 661; *People v Linton,* 166 AD2d 670).

The defendant's remaining contentions are without merit. Bracken, J. P., Copertino, Pizzuto and Goldstein, JJ., concur.